Emily Takao, SBN 267939
Law Office of Emily Takao
2014 Tulare Street, Suite 300
Fresno, California 93721
Telephone (559) 441-0114
Facsimile (559) 441-0890
e.takao@yahoo.com

Attorney for Defendant JOSE AVALOS-CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 1:20-CR-00093-NONE |
|---|---|
| Plaintiff, | **ORDER SEALING EXHIBIT 1 OF DEFENDANT JOSE AVALOS-CASTRO'S MOTION FOR BAIL REVIEW** |
| v. | |
| JOSE AVALOS-CASTRO, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and the Request to Seal filed on behalf of defendant, Jose Avalos-Castro, IT IS HEREBY ORDERED that Exhibit 1 of Mr. Avalos-Castro's Motion for Bail Review be SEALED until further order of the Court.

IT IS SO ORDERED.

Dated: __July 8, 2020__          ___/s/ Barbara A. McAuliffe___
                                    UNITED STATES MAGISTRATE JUDGE