Emily Takao, SBN 267939
Law Office of Emily Takao
2014 Tulare Street, Suite 300
Fresno, California 93721
Telephone (559) 441-0114
Facsimile (559) 441-0890
e.takao@yahoo.com

Attorney for Defendant JOSE BALDEMAR AVALOS-CASTRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Plaintiff,<br>        v.<br><br>JOSE BALDEMAR AVALOS-CASTRO,<br><br>                    Defendant. | Case No. 1:20-CR-00093-NONE-SKO<br><br>**STIPULATION AND ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant JOSE BALDEMAR AVALOS-CASTRO, through their respective attorneys, that the pretrial release condition imposed on Mr. Avalos-Castro on July 17, 2020, may be modified as set forth below.

Mr. Avalos-Castro was the victim of an assault while held at the Fresno County Jail. He has difficulty sleeping as a result of the attack. It is believed that Mr. Avalos-Castro would benefit from participating in mental health counseling.

Accordingly, the parties and Pretrial Services agree that the following condition may be added:

You must participate in a program of medical or psychiatric treatment as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

Dated:  August 6, 2020

/s/ Emily Takao

EMILY TAKAO
Attorney for JOSE AVALOS-CASTRO

Dated:  August 6, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ Katherine Schuh

KATHERINE SCHUH
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

The release conditions previously imposed on Mr. Avalos-Castro are modified by adding the following condition as follows:

You must participate in a program of medical or psychiatric treatment as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: **August 7, 2020**   /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE