Melissa B. Baloian, SBN 232602
Attorney at Law
2950 Mariposa Street
Fresno, CA, 93720
Telephone: (559) 352-2331
MBaloian.law@gmail.com

Attorney for Defendant Jose Baldemar Avalos Castro,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSE BALDEMAR AVALOS CASTRO,<br><br>            Defendant. | No.  1:20-CR-00093-JLT-SKO<br><br>**MOTION TO WITHDRAW AND TERMINATE MELISSA BALOIAN AS ATTORNEY OF RECORD AND ORDER** |

On April 29, 2020, Defendant Jose Baldemar Avalos Castro made his initial appearance on a criminal complaint and was represented by counsel Mr. Scott Quinlan. (Dkt. 6.)  Mr. Avalos Castro was indicted on June 22, 2020, and represented by counsel Ms. Emily Takao. (Dkt. 63.) Later, Mr. Avalos Castro retained The Matian Firm.  Counsel Melissa Baloian was previously employed by The Matian Firm and on October 6, 2022, Ms. Baloian filed a substitution of attorney and a notice of attorney on behalf of The Matian Firm for Mr. Avalos Castro. (Dkt. 168, 169.)  Ms. Baloian left The Matian Firm in February of 2023.  Mr. George Rosenstock, of The Matian Firm, took over Mr. Avalos Castro's case and is also the attorney of record. (Dkt. 175.) Melissa Baloian now moves to withdraw as counsel and be terminated as attorney of record.

Dated:   September 18, 2023                    Respectfully submitted,


                                                /s/ Melissa Baloian
                                                Melissa Baloian


# ORDER

Having reviewed the notice and found that attorney Melissa Baloian is no longer retained by the defendant, the Court hereby grants attorney Melissa Baloian's request for leave to withdraw as defense counsel in this matter.  The Defendant is currently represented by George Rosenstock

IT IS SO ORDERED.

Dated:   **September 19, 2023**                            /s/ Jennifer L. Thurston
                                                UNITED STATES DISTRICT JUDGE