THE MATIAN FIRM A.P.C.
GEORGE K. ROSENSTOCK (SBN 117515)
3701 Wilshire Blvd., Suite 210
Los Angeles, CA 90010
Telephone: (323) 933-9500
Facsimile: (323) 933-9524
Attorneys for Defendant
JOSE BALDEMAR AVALOS CASTRO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF CALIFORNIA,

                    Plaintiff,

        v.

JOSE BALDEMAR AVALOS CASTRO,

                    Defendant.

Case No: 1:20-CR-00093-JLT-SKO-1

**[PROPOSED] ORDER TO STRIKE DOCUMENT NO. 221 FROM RECORD**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

George K. Rosenstock, Esq., hereby request that the Motion to Withdraw, Docket No. 221, be stricken from the record. The document was filed in the incorrect PACER account. The corrected Motion to Withdraw was refiled in the correct PACER account.

        Dated: October 27, 2023                         Respectfully submitted,


                                                        */s/ George K. Rosenstock*
                                                        Declarant
                                                        George K. Rosenstock, Esq.
                                                        THE MATIAN FIRM A.P.C.

IT IS SO ORDERED.

    Dated:   **October 31, 2023**

                                        UNITED STATES DISTRICT JUDGE