The Matian Firm A.P.C.
VANESSA FRANCO (SBN: 314249)
3701 Wilshire Blvd., Suite 210
Los Angeles, CA 90010
T: (323) 933-9500
F: (323) 933-9524
E: vanessa@matianlegal.com

**Attorneys for Defendant**
JOSE BALDEMAR AVALOS CASTRO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE BALDEMAR AVALOS CASTRO,<br><br>Defendant. | Case No.: 1:20-CR-00093-JLT-SKO<br><br>ORDER TO WITHDRAW AND TERMINATE VANESSA FRANCO AS ATTORNEY OF RECORD |

   Having reviewed the notice and found that attorney Vanessa Franco is no longer retained by the defendant, the Court hereby grants attorney Vanessa Franco's request for leave to withdraw as defense counsel in this matter. The Defendant is currently represented by Colin Cooper.

IT IS SO ORDERED.

   Dated:   **October 31, 2023**

_____
UNITED STATES DISTRICT JUDGE