PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AVALOS CASTRO,<br><br>Defendant. | CASE NO. 1:20-CR-00093-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial on August 20, 2024, at 8:30 a.m.

2. By this stipulation, defendant now moves to vacate the trial and to **set the case for a change of plea hearing on August 12, 2024 at 9:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3. The parties note that time has already been excluded beyond August 12, 2024, and therefore no further exclusion of time is necessary.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

     IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 11, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By: /s/ JUSTIN J. GILIO<br>    JUSTIN J. GILIO<br>    Assistant United States Attorney |
| Dated: June 11, 2024 | /s/ *Colin Cooper*<br>Attorney for Defendant Jose Avalos Castro |

**O R D E R**

     IT IS SO ORDERED.

DATED: June 13, 2024

                         HONORABLE JENNIFER L. THURSTON
                         United States District Judge