MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AVALOS-CASTRO, and<br>MAXIMILIANO WILFRIDO RIOS RUIZ,<br><br>Defendants. | CASE NO. 1:20-CR-00093-JLT-SKO<br><br>FINAL ORDER OF FORFEITURE |

On May 11, 2023, and on or about October 3, 2024, the Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants Jose Avalos-Castro and Maximiliano Wilfrido Rios Ruiz, forfeiting to the United States the following property:

  a.   approximately $50,909.25 in U.S. Currency, plus all accrued interest,
  b.   approximately $21,465.00 in U.S. Currency, plus all accrued interest,
  c.   approximately $7,200.00 in U.S. Currency, plus all accrued interest,
  d.   approximately $2,405.00 in U.S. Currency, plus all accrued interest,
  e.   Two Apple iPhones; three camera lens; Samsung Galaxy S7 Edge,
  f.   All packaging material to include plastic baggies,
  g.   Weighmax Digital Scale, serial number S170917176,
  h.   Safariland Holster, Rock Island Armory pistol case,
  i.   Indicia for Maximiliano Ruiz and white box containing gang indicia, and
  j.   P.A.C.A. body armor vest.

Beginning on June 1, 2023, and December 1, 2024, for at least thirty (30) consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

   a. Maria Yolanda Madrigal:  On October 22, 2024, a notice letter was sent via certified mail to Maria Yolanda Madrigal, 2010 S. Orange Avenue, Fresno, CA 93702.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Maria Madrigal.

   b. Bianca Delgado:  On October 22, 2024, a notice letter was sent via certified mail to Bianca Delgado, 1490 S. Chestnut Avenue, Apt #119, Fresno, CA 93702.  The envelope was returned to the U.S. Attorney's Office as "unclaimed, unable to forward."

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Jose Avalos-Castro, Maximiliano Wilfrido Rios Ruiz, Maria Yolanda Madrigal, and Bianca Delgado.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **February 14, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE