COLIN L. COOPER, SBN 144291
LAW OFFICES OF COLIN COOPER
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
colin@cooperdefense.com

Attorney for Defendant
JOSE BALDEMAR AVALOS CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:20-CR-00093-JLT-SKO |
| Plaintiff, | |
| vs. | STIPULATION; MOTION TO EXONERATE BOND; MOTION TO RECONVEY PROPERTY; [~~PROPOSED~~] ORDER |
| JOSE BALDEMAR AVALOS CASTRO, | |
| Defendant. | |

Defendant JOSE BALDEMAR AVALOS CASTRO, by and through his attorney of record, Colin Cooper, together with Assistant United States Attorney Justin Gilio, hereby stipulate to the following:

1.   By previous order, on August 4, 2020, Defendant Avalos Castro was released on a $250,000 bond secured by two separate properties. Property 1 is located at:

      Fresno, CA
DEED OF TRUST #2020-0095511 filed on 8/5/2020 doc 80

1

2. The Order Stated that "the bond will be satisfied and the securit[ies] will be released when … the defendant reports to" prison.

3. Mr. Avalos Castro was sentenced on November 12, 2024, and ordered to serve 40 months in prison.

4. Mr. Avalos Castro reported to the Bureau of Prisons on February 10, 2025, and is currently in custody.

IT IS SO STIPULATED.


Dated: October 2, 2025         Colin Cooper /s/ *Colin Cooper*
                               COLIN COOPER
                               Attorney for Defendant
                               JOSE BALDEMAR AVALOS CASTRO


Dated: October _ , 2025        _____/s/_____
                               JUSTIN GILIO
                               Assistant United States Attorney


## [~~PROPOSED~~] FINDINGS AND ORDER

The Court, having received, read, and considered the Stipulation of the parties, and good cause appearing therefrom, adopts the Stipulation of the parties in its entirety and herby orders the reconveyance of the stated property as security for the $250,000 bond in the p instant matter.

IT IS SO FOUND AND ORDERED this __9th__ day of October, 2025.

_____
HON. JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States. I am over the age of 18 and not a party to the within action. My business address is 800 Jones Street, Berkeley, California 94710.

On October 2, 2025, I served the foregoing: STIPULATION; MOTION TO EXONERATE BOND; MOTION TO RECONVEY PROPERTY; [PROPOSED] ORDER by e-file to the following person(s):

United States Courthouse
Eastern District of California
US Attorney General
United States Courthouse,
2500 Tulare Street, Suite 4401
Fresno, CA 93721

I certify or declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025, at Berkeley, Californi

_____*Gail Kernes*_____
GAIL KERNES